FILED
CLERK, U.S. DISTRICT COURT

JUL 9, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO (State Bar No. 166730)
4  Assistant United States Attorney
        Federal Building, Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone:    (213) 894-0460
        Facsimile:    (213) 894-7819
7       E-mail:       Alarice.Medrano@usdoj.gov

8  Attorneys for Defendant, Eric K. Shinseki,
   Secretary of the United States Department of Veterans Affairs

9

10              UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13

14  RONONA CROWDER-WOODS,            No. CV 13-02219 SVW (JCGx)

15          Plaintiff,

16                                   [PROPOSED] ORDER DISMISSING
                                     ACTION WITH PREJUDICE
17          v.

18  ERIC K. SHINSEKI, SECRETARY
    OF THE UNITED STATES
19  DEPARTMENT OF VETERANS          [Before the Honorable Stephen V. Wilson]
    AFFAIRS,
20

21          Defendant.

22

23

24                        JS-6

25

26

27

28

1    The parties having filed a Stipulation for Compromise Settlement and Dismissal,

2         IT IS HEREBY ORDERED:

3         1.    Plaintiff's action is dismissed with prejudice in its entirety;

4         2.    Each party shall bear their own costs of suit and fees;

5         3.    The Court retains jurisdiction pending payment of the settlement.

6

7    DATED:  July __9__, 2014

8    _____

9              STEPHEN V. WILSON
          UNITED STATES DISTRICT JUDGE

10

11

12   Presented by:

13

14   ANDRÉ BIROTTE JR.
     United States Attorney

15   LEON W. WEIDMAN
     Assistant United States Attorney

16   Chief, Civil Division

17

     /s/ Alarice M. Medrano

18   _____

19   ALARICE M. MEDRANO
     Assistant United States Attorney

20

21   Attorneys for Defendant, Eric K. Shinseki,
     Secretary of the United States Department

22   of Veterans Affairs

23

24

25

26

27

28

                              -1-